1  Aton Arbisser, Bar Number 150496
2  J. Raymond Warner, Bar Number 207892
   KAYE SCHOLER LLP
3  1999 Avenue of the Stars, Suite 1700
   Los Angeles, California 90067
4  Telephone: (310) 788-1000
   Facsimile: (310) 788-1200
5  Email addresses:  aarbisser@kayescholer.com
                     rwarner@kayescholer.com

6  Attorneys for Defendant
7  NOVARTIS CORPORATION

8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 ROSEMARY DORSETT,              )  CASE NO. CV06-7821 AHM (AJWx)
   individually and as successor in )
11 interest to the estate of NOE   )  STIPULATION OF DISMISSAL OF
   CARRASCO, deceased,             )  DEFENDANT NOVARTIS
12                                 )  CORPORATION (FED. R. CIV. P.
                                   )  41(a)(1))
13              Plaintiff,         )
                                   )  Honorable A. Howard Matz
14                                 )
        v.                         )  Date:  N/A
15                                 )  Time:  N/A
                                   )  Place: Ctrm 14
16 SANDOZ, INC., a Delaware        )
   corporation, and NOVARTIS       )
17 CORPORATION, a New York         )
   corporation,                    )
18                                 )
19              Defendants.        )

20                                 **IT IS SO ORDERED**
                                   Dated _DEC 2 1 2006_
21
22                                 _[signature]_
                                   United States District Judge
23

24

25                                 DOCKETED ON CM
26
27                                 DEC 2 6 2006
28
                                                      022

23211357.DOC    STIPULATION OF DISMISSAL OF NOVARTIS CORP.

WHEREAS, Defendant Novartis Corporation was preparing a motion to dismiss for lack of personal jurisdiction and met and conferred with Plaintiff Rosemary Dorsett concerning Defendant Novartis Corporation's proposed motion to dismiss;

WHEREAS, Plaintiff has agreed to dismiss Defendant Novartis Corporation under the condition that Plaintiff is not prejudiced from renaming Novartis Corporation as a defendant in this action at a later time if, and when, she discovers evidence which would either support personal jurisdiction, establish that Sandoz, Inc. is the alter ego of Novartis Corporation, or otherwise entitle Plaintiff to relief from Novartis Corporation in this court;

WHEREAS, no defendant in this action has served an answer or a motion for summary judgment;

WHEREAS, Defendant Novartis Corporation reserves the right to assert any defense that may exist in favor of it, including without limitation the defenses of lack of personal jurisdiction, *forum non conveniens*, lack of service and/or improper venue, none of which is waived, in the event Plaintiff renames it as a codefendant in this action;

IT IS THEREFORE HEREBY STIPULATED that, pursuant to FED. R. CIV. P. 41(a)(1), Defendant Novartis Corporation is hereby DISMISSED WITHOUT PREJUDICE to Plaintiff renaming it as a codefendant in this Case No. CV06-7821,

//
//
//
//
//
//
//
//

1  but WITH PREJUDICE to Plaintiff bringing the same claims against Defendant
2  Novartis Corporation in litigation other than this Case No. CV06-7821.

4  DATED: December 21, 2006          KAYE SCHOLER LLP

6                                    By: /s/ J. Raymond Warner
7                                         J. Raymond Warner
8                                    Attorneys for Defendant
                                      Novartis Corp.

10 DATED: December __, 2006          BAUM HEDLUND, APC

12                                    By:_____
13                                         Robert M Brava-Partain
14                                    Attorneys for Plaintiff
                                      Rosemary Dorsett

but WITH PREJUDICE to Plaintiff bringing the same claims against Defendant Novartis Corporation in litigation other than this Case No. CV06-7821.

DATED: December __, 2006

KAYE SCHOLER LLP

By:_____

J. Raymond Warner

Attorneys for Defendant
Novartis Corp.

DATED: December 21, 2006

BAUM HEDLUND, APC

By: _/s/ Robert Brava-Partain_

Robert M Brava-Partain

Attorneys for Plaintiff
Rosemary Dorsett

1  **PROOF OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 1600, Los Angeles, California 90067

4  

5  On December 21, 2006, I served the foregoing documents described as follows on the interested party in this action:

6  

7  **STIPULATION OF DISMISSAL OF DEFENDANT NOVARTIS CORPORATION (FED. R. CIV.P. 41(a)(1))**

8  __X__  by placing a true copy thereof enclosed in a sealed envelope addressed as stated on the attached list.

9  

10 ___  by placing___ the original ___ a true copy in a sealed envelope addressed as follows:

11 

12 __X__  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

13 

14 

15 ___  BY PERSONAL SERVICE
       ___  by personally delivering such envelope to the addressee.
16     ___  by causing such envelope to be delivered by messenger to the office of the addressee.
17 

18 ___  BY FAX:

19 ___  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

20 

21 __X__  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

22  Executed on December 21, 2006, at Los Angeles, California.

23  __Shahnaz Virani__
    NAME                                    SIGNATURE

KAYE SCHOLER LLP

23011386.WPD

## SERVICE LIST

Karen Barth Menzies
Robert M. Brava-Partain
George W. Murgatroyd, III
BAUM HEDLUND
12100 Wishire Boulevard
Suite 950
Los Angeles, California 90025
Tel: 310-207-3233

Arnold Anderson Vickery
Paul Waldner
VICKERY AND WALDNER, LLP
One Riverway Drive, Suite 1150
777 S. Post Oak Lane
Houston, Texas 77056
Tel: 713-526-1100

**Attorneys for Plaintiffs**

Roxanne M. Wilson
Eric J. Buhr
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Tel: 213-457-9021
Gen: 213-457-8000

Joe G. Hollingsworth
Katharine R. Latimer
Kirby Griffs
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, DC 20005-3305
Tel: 202-898-5800

**Attorneys for Novartis Corp.**

KAYE SCHOLER LLP

wp{wp}.bk4