1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 | ROSEMARY DORSETT, individually )    Case No. 2:06-cv-7821 AHM (AJWx)
12 | and as successor-in-interest to the Estate )
| of NOE CARRASCO, deceased, )
13 |      Plaintiff, )    Judge:  Hon. A. Howard Matz
14 |      vs. )
15 | SANDOZ, INC., a Delaware )
| corporation; ELI LILLY AND )
16 | COMPANY, an Indiana corporation )
| (formerly DOE 1); and DOES 2-50, )
17 |      Defendant. )
18 | )
19 | )

| Case No. 2:06-cv-7821 AHM (AJWx) |
|---|
| Judge:  Hon. A. Howard Matz |
| **ORDER REGARDING STIPULATION ADDING ELI LILLY AND COMPANY TO AGREED PROTECTIVE AND CONFIDENTIALITY ORDER** |
| Second Amd. Complaint Filed:  1/6/09 |

20

21

22

23      Upon consideration of the parties' Stipulation Adding Eli Lilly and

24 Company to Agreed Protective and Confidentiality Order, and good cause appearing

25 therefor,

26

27

28

[PROPOSED] ORDER

58542v1

1        IT IS HEREBY ORDERED that Eli Lilly and Company is added as a party to

2    the Agreed Protective and Confidentiality Order executed on May 10, 2007, and

3    entered by the Court on May 21, 2007.

6                                                            /s/

7    Dated:     10/14/2009                    By: _____

                                                    Hon. Andrew J. Wistrich

8                                                    United States District Court

                                                     Magistrate Judge

2

[PROPOSED] ORDER

58542v1

## <u>PROOF OF SERVICE</u>

    I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 5 Park Plaza, Suite 1600, Irvine, California  92614.

    On October 15, 2009, I served on the interested parties in said action the within:

**[PROPOSED] ORDER REGARDING STIPULATION ADDING ELI LILLY AND COMPANY TO AGREED PROTECTIVE AND CONFIDENTIALITY ORDER**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☐    (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐    (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed above.  The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☐    (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, on _____, to be delivered by their next business day delivery service on _____, to the addressee designated.

☒    (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Central District of California.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on October 15, 2009, at Irvine, California.

| Michelle M. Fujimoto | /s/ Michelle M. Fujimoto |
|---|---|
| (Type or print name) | (Signature) |

3

[PROPOSED] ORDER

58542v1

1

## SERVICE LIST

2
3
4
5

Michael L. Baum, Esq.
Kate E. Gillespie, Esq.
Bijan Esfandiari, Esq.
Kate Elizabeth Gillespie
Baum Hedlund Aristei & Goldman
12100 Wilshire Blvd., Suite 950
Los Angeles, CA  90025

Arnold Anderson Vickery, Esq.
Paul Waldner, Esq.
Vickery, Waldner & Mallia, LLP
One Riverway Drive, Suite 1150
777 S. Post Oak Lane
Houston, TX  77056

6
7
8

Tel:  (310) 207-3233
Fax:  (310) 207-4204
mbaum@baumhedlundlaw.com
besfandiari@bhlaw.us
kgillespie@baumhedlunklaw.com
Counsel for Plaintiff

Tel:  (713) 526-1100
Fax:  (713) 523-5939
Co-counsel for Plaintiff

9
10
11
12
13
14
15
16
17

Natasha N. Dawood, Esq.
Richard A. Clark, Esq.
Parker Milliken Clark, et al.
555 South Flower Street, 30th Floor
Los Angeles, CA  90071

Tel:  (213) 683-6500
Fax: (213) 683-6669
rclark@pmcos.com
ndawood@pmcos.com
Counsel for Sandoz, Inc

Joe G. Hollingsworth, Esq.
Eric G. Lasker, Esq.
Kirby T. Griffis, Esq.
Stephen A. Klein, Esq.
Carla E. Sloan
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC  20005

Tel:  (202) 898-5800
Fax:  (202) 682-1639
kgriffis@spriggs.com
sklein@spriggs.com;
csloane@spriggs.com
ndawood@pmcos.com
Counsel for Sandoz, Inc.

18
19
20
21
22
23
24

Aton Arbisser, Esq.
J. Raymond Warner, Esq.
Kaye Scholer
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA  90067-6048

aarbisser@kayescholer.com

Andrew See, Esq.
Christopher Gramling, Esq.
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108-2613

Tel: (816) 474-6500
Fax: (816) 421-5547
cgramling@shb.com

25
26
27
28

4

[PROPOSED] ORDER

58542v1