O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7821 AHM (AJWx) | Date | December 23, 2010 |
|---|---|---|---|
| Title | ROSEMARY DORSETT v. SANDOZ, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs: Attorneys **NOT** Present for Defendants:

**Proceedings:** IN CHAMBERS (No Proceedings Held)

Given the grants of certiorari in *Demahy v. Actavis, Inc.*, 593 F.3d 428 (5th Cir. 2010), and *Mensing v. Wyeth*, 588 F.3d 603 (8th Cir. 2009), the Court ORDERS the parties to show cause, in writing and separately, by January 5, 2011, why this case should not be stayed pending the Supreme Court's rulings in *Actavis, Inc. v. Demahy*, 09-1501, *Pliva, Inc. v. Mensing*, 09-993, and *Actavis Elizabeth, LLC v. Mensing*, 09-1039.

: 

Initials of Preparer