O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7821 AHM (AJWx) | Date | January 12, 2011 |
|---|---|---|---|
| Title | ROSEMARY DORSETT v. SANDOZ, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kendra Bradshaw | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

Having reviewed the parties' responses to December 23, 2010 OSC, the Court now GRANTS a stay in this matter consistent with the following provisions. Both Defendants Eli Lilly and Sandoz do not oppose the stay, so the Court responds to Plaintiff's concerns regarding the stay.

First, it would be pointless and contrary to fundamental principles of the efficient administration of justice to stay the case only as to Defendant Sandoz. Such a partial stay would multiply costs and unnecessarily duplicate the time and resources expended by the parties and the Court.

Second, the Supreme Court has granted *cert* in *Demahy v. Actavis*, Inc., 593 F.3d 428 (5th Cir. 2010), on which this Court explicitly relied in its March 26, 2010 Order denying partial summary judgment to Defendant Sandoz. Dkt. No. 162. It is pointless to refuse to stay the case simply because the Supreme Court's ruling may not dispose of the central issues on the summary judgment motions currently pending before this Court, as the Supreme Court's decision in *Demahy* could well affect issues foundational to the Court's current determinations.

Third, Sandoz's apparent failure to draw this Court's attention to the Supreme Court's grants of *certiorari*, and its failure to seek a stay in light of the Ninth Circuit's pending case on a related preemption issue, *Gaeta v. Perrigo Pharmaceuticals Co.*, No. 09-15001, have no bearing on this Court's decision to stay the case.

Finally, it would not be surprising if the Supreme Court's rulings in *Demahy* and *Mensing v. Wyeth*, 588 F.3d 603 (8th Cir. 2009), provide this Court with general

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7821 AHM (AJWx) | Date | January 12, 2011 |
|---|---|---|---|
| Title | ROSEMARY DORSETT v. SANDOZ, INC., *et al.* | | |

guidance on issues concerning labeling of SSRIs, as well as other issues.

In response to Plaintiff's concerns regarding potential prejudice, the Court ORDERS the parties to respond to written discovery requests (as opposed to depositions) that previously were served. The parties will not be permitted to conduct additional discovery without further leave of Court or until the stay is lifted.

This case is hereby stayed pending the Supreme Court's rulings in *Actavis, Inc. v. Demahy*, 09-1501, *Pliva, Inc. v. Mensing*, 09-993, and *Actavis Elizabeth, LLC v. Mensing*, 09-1039. The parties are hereby ORDERED to submit a status report on the first of each month, updating this Court on the status of the above Supreme Court cases.

|  | : |
|---|---|
| Initials of Preparer | KB |