# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-07821 AHM (AJWx) | Date | July 14, 2011 |
|---|---|---|---|
| Title | ROSEMARY DORSETT v. SANDOZ, INC. et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

   The Court having been informed as to Plaintiff's having settled this action as to Defendant Sandoz, Inc. only, Dkt. 258, the Court hereby DISMISSES defendant Sandoz, Inc. only.

   Given the Supreme Court's ruling in *Pliva v. Mensing*, --- S.Ct. ----, 2011 WL 2472790 (June 23, 2011), the parties are ordered to meet and confer and then submit a joint status report advising the Court of the current status of the case, what is currently pending, and propose a schedule of all pending matters. The status report must be filed by not later than August 15, 2011.

   The Court orders that this action be REOPENED, the stay lifted, and the case restored to active calendar.

:

Initials of Preparer   SMO

Make **JS-5**