Michael L. Baum, Bar Number 119511
Bijan Esfandiari, Bar Number 223216
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 207-4204

Attorneys for Plaintiff,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY DORSETT, individually and as successor-in-interest to NOE CARRASCO, deceased,<br><br>            Plaintiff,<br><br>  vs.<br><br>SANDOZ, INC., a Delaware Corporation; ELI LILLY AND COMPANY, a Indiana Corporation,<br><br>            Defendants. | Case No.: 2:06-cv-7821 AHM (AJWx)<br><br>Judge: Hon. A. Howard Matz<br>Dept.: 14<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rosemary Dorsett and Defendant Eli Lilly and Company, by and through their counsel of record,

/ / /

/ / /

/ / /

/ / /

/ / /

jointly stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party bearing its own attorneys' fees and costs.

Dated:  January 3, 2012                         BAUM HEDLUND ARISTEI & GOLDMAN, PC


By:   /s/ Bijan Esfandiari
        Bijan Esfandiari, Esq.
        12100 Wilshire Blvd., Suite 950
        Los Angeles, CA  90025
        Tel: (310) 207-3233
        Fax: (310) 207-4204

*Attorneys for Plaintiff*


SHOOK HARDY & BACON LLP


By:   /s/ Frank C. Rothrock
        Frank C. Rothrock, Esq.
        5 Park Plaza, Suite 1600
        Irvine, CA 92614
        Tel: (949) 475-1500
        Fax: (949) 475-0016

*Attorneys for Defendant,*
*Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2012, a copy of the foregoing **Joint Stipulation for Dismissal With Prejudice** was served via Electronic Filing and E-Mail transmission on defense counsel indicated below.

***Attorneys for Deft., Eli Lilly and Company***

Frank C. Rothrock, Esq.
Michelle M. Fujimoto, Esq.
Natasha L. Mosley, Esq.
SHOOK HARDY & BACON LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614
Tel: (949) 475-1500   Fax: (949) 475-0016
Frothrock@shb.com
Mfujimoto@shb.com
Nmosley@shb.com

Christopher Gramling, Esq.
Andrew See, Esq.
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108-26123
Tel: (816) 474-6500   Fax: (816) 421-5547
Cgramling@shb.com

/s/ Bijan Esfandiari
Bijan Esfandiari, Esq.
BAUM HEDLUND ARISTEI & GOLDMAN, PC
12100 Wilshire Boulevard, Suite 950
Los Angeles, California  90025-7106
Telephone:  310.207.3233
Facsimile:  310.207.4204
E-Mail: besfandiari@baumhedlundlaw.com